[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

JAN 2 5 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____ )
Taj Ortis )
_____ )
)
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )
_____ )
Citizen Bar )  17CV570
_____ )  JUDGE SHADUR
364 W. Erie )  MAG. JUDGE FINNEGAN
_____ )
Chicago IL 60654 )
_____ )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is ___Taj Ortis_____ of the

county of _____ in the state of ___Illinois_____.

3. The defendant is ___Citizen Bar_____, whose

street address is ___364 W. Erie_____,

(city)_Chicago____ (county)_Cook____ (state)_Illinois____ (ZIP)_60654_

(Defendant's telephone number) _(773)_–_503-9554_____

4. The plaintiff sought employment or was employed by the defendant at (street address)

___364 W. Erie_____ (city)_Chicago_____

(county)_Cook____ (state)_IL____ (ZIP code)_60654_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) June , (day) 15th , (year) 2011

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check

one box*] ☐ has not ☑ has filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i) ☑ the United States Equal Employment Opportunity Commission, on or about

(month) August (day) 15th (year) 2014 .

(ii) ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received. The
plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐      Yes (month)_____ (day)_____ (year) _____

☐      No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month) October
(day) 28th (year) 2016 .

(c)     Attached is a copy of the

     (i) Complaint of Employment Discrimination,

     ☑ YES    ☐ NO, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

     ☑ YES    ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

     (a) ☐      the United States Equal Employment Opportunity Commission has not issued

     a *Notice of Right to Sue.*

     (b) ☑      the United States Equal Employment Opportunity Commission has issued a

     *Notice of Right to Sue,* which was received by the plaintiff on
     (month)_____ (day)_____ (year)_____ a copy of which
     *Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

     (a) ☐   Age (Age Discrimination Employment Act).

     (b) ☑   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I worked for the Defendant as a barback and part of its security/door staff. On about June 15th 2014, I was notified via email that my employment was terminated. The reasons stated for termination were false. In addition, it was stated that, "the entire security staff" were also fired. However only the Blacks.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Taj Oatis_

(Plaintiff's name) _Taj Oatis_

(Plaintiff's street address) _7411 S. Exchange_

(City) _Chicago_ (State) _IL_ (ZIP) _60649_

(Plaintiff's telephone number) (_773_) – _503-9554_

Date: _1/25/17_

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Taj Oatis**<br>**7411 S. Exchange Avenue**<br>**Chicago, IL 60649** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2014-06644** | **Cristina Wodka,**<br>**Investigator** | **(312) 869-8096** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*                    10-28-16

**Julianne Bowman,**                    *(Date Mailed)*
**District Director**

Enclosures(s)

cc:    **CITIZEN BAR**
**C/O J. Jason Goggins, Esq.**
**Wiedner & McAuliffe, Ltd.**
**One North Franklin, 19th Floor**
**Chicago, IL 60606**

EEOC Form 161 (11/09)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Taj Oatis**
**7411 S. Exchange Avenue**
**Chicago, IL 60649**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

[ ]  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2014-06644** | **Cristina Wodka,**<br>**Investigator** | **(312) 869-8096** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*                                   10-28-16

**Julianne Bowman,**                              *(Date Mailed)*
**District Director**

Enclosures(s)

cc:  **CITIZEN BAR**
**C/O J. Jason Goggins, Esq.**
**Wiedner & McAuliffe, Ltd.**
**One North Franklin, 19th Floor**
**Chicago, IL 60606**

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | IDHR ☐ <br> EEOC ■ | 440-2014-06694 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) <br> Taj Oatis | HOME TELEPHONE (include area code) <br> 773-503-9554 | |
|---|---|---|
| STREET ADDRESS     CITY, STATE AND ZIP CODE <br> 4122 S. Vincennes Ave., Chicago, IL. 60653 | DATE OF BIRTH <br> 1/2/80 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME <br> Citizen Bar | NUMBER OF EMPLOYEES: <br> 25 (+) | TELEPHONE (Include area code) <br> 312-640-1156 |
|---|---|---|
| STREET ADDRESS     CITY, STATE AND ZIP CODE <br> 364 W. Erie,   Chicago, IL. 60654 | | COUNTY <br> Cook |

| CAUSE OF DISCRIMINATION BASED ON: <br> ☒ Race ☐ National Origin ☐ Color ☐ Retaliation ☐ Sex <br><br> ☐ Religion    Age ☐ Disability ☐ Other (specify below) | DATE OF DISCRIMINATION <br> EARLIEST (ADEA/EPA) LATEST (ALL) <br><br> June 15, 2014 |
|---|---|

**THE PARTICULARS ARE (if additional space is needed attach extra sheets)**

      I worked for the Defendant as part of its security team. On or about June 15, 2014, I learned that my employment had been terminated. The reasons given for my termination were false. Additionally, Defendant asserted that all members of the security team had been terminated. However, I am informed and believe that only African-American members of the security team were terminated. Additionally, I am informed and believe that the individuals hired to replace me, and other members of the security team, did not include African-Americans. Accordingly, I believe Defendant terminated me because of my race (African-American) in violation of title VII.

**RECEIVED EEOC**

SEP 1 6 2014

CHICAGO DISTRICT OFFICE

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | Notary – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. <br><br> 08/15/14     _(signature)_ <br> **Date**       **Charging Party Signature** | I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief <br><br> X_____ <br> **SIGNATURE OF COMPLAINANT**     **DATE** <br><br> Subscribed and Sworn to Before Me this date: <br><br> _____ <br> **Notary Public** |

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Taj Oatis<br>7411 S. Exchange Avenue<br>Chicago, IL 60649 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No.<br><br>**440-2014-06644** | EEOC Representative<br>**Cristina Wodka,**<br>**Investigator** | Telephone No.<br><br>**(312) 869-8096** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          10-28-16
**Julianne Bowman,**                                    *(Date Mailed)*
**District Director**

Enclosures(s)

cc: **CITIZEN BAR**
**C/O J. Jason Goggins, Esq.**
**Wiedner & McAuliffe, Ltd.**
**One North Franklin, 19th Floor**
**Chicago, IL 60606**

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | IDHR ☐<br>EEOC ■ | 440-2014-06694 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>**Taj Oatis** | HOME TELEPHONE (include area code)<br>**773-503-9554** |
|---|---|

| STREET ADDRESS     CITY, STATE AND ZIP CODE<br>**4122 S. Vincennes Ave., Chicago, IL. 60653** | DATE OF BIRTH<br>**1/2/80** |
|---|---|

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

| NAME<br>**Citizen Bar** | NUMBER OF EMPLOYEES:<br>25 (+) | TELEPHONE (Include area code)<br>**312-640-1156** |
|---|---|---|

| STREET ADDRESS     CITY, STATE AND ZIP CODE<br>**364 W. Erie, Chicago, IL. 60654** | COUNTY<br>**Cook** |
|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br>☒ Race   ☐ National Origin   ☐ Color   ☐ Retaliation   ☐ Sex<br>☐ Religion   Age   ☐ Disability   ☐ Other (specify below) | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>**June 15, 2014** |
|---|---|

**THE PARTICULARS ARE (if additional space is needed attach extra sheets)**

I worked for the Defendant as part of its security team. On or about June 15, 2014, I learned that my employment had been terminated. The reasons given for my termination were false. Additionally, Defendant asserted that all members of the security team had been terminated. However, I am informed and believe that only African-American members of the security team were terminated. Additionally, I am informed and believe that the individuals hired to replace me, and other members of the security team, did not include African-Americans. Accordingly, I believe Defendant terminated me because of my race (African-American) in violation of title VII.

RECEIVED EEOC

SEP 1 6 2014

CHICAGO DISTRICT OFFICE

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | Notary – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>08/15/14     _(signature)_<br>Date     Charging Party Signature | I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br><br>X_____<br>SIGNATURE OF COMPLAINANT     DATE<br><br>Subscribed and Sworn to Before Me this date:<br><br>_____<br>Notary Public |