# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TAJ OATIS, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Case No. 17 C 0570 |
| CITIZEN BAR, 364 W. Erie Chicago, IL 60654, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On April 18, 2017 this Court issued still another memorandum order, one of its several attempts to help pro se plaintiff Taj Oatis ("Oatis") in his effort to pursue his claim against Citizen Bar. Despite the warning at the conclusion of that memorandum order that Oatis' continued neglect of his own lawsuit would result in its dismissal for want of prosecution, his total failure to respond in any way has continued since that date. This is scarcely a case of benign neglect, and in accordance with its April 18 forewarning this Court indeed dismisses this action for want of prosecution. That dismissal of course renders Oatis' motion for attorney representation (Dkt. No. 5) moot, and it is therefore denied on that ground.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 5, 2017